UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEGISTINE NORTH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 07-3000** |
| **DR. JERRY THOMAS** | **SECTION: "J"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion for default judgment, Rec. Doc. 18, is **DENIED**.

New Orleans, Louisiana, this 18th day of December, 2007.

_____
UNITED STATES DISTRICT JUDGE